**RICHARD BETKER,**
       **Plaintiff,**

   v.                               Case No. 08-CV-00760

**RODOLFO GOMEZ,**
       **Defendant.**

## ORDER

**IT IS ORDERED** that the voir dire transcripts from the trial in this case will be filed as part of the public record.

Dated at Milwaukee, Wisconsin, this 10th day of January, 2014.

                       s/ Lynn Adelman
                       _____
                       LYNN ADELMAN
                       District Judge